# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| KEITH S. BARRON | * | CIVIL ACTION NO. 18-1392 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| RAY HANSEN | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections filed with this Court [Doc. No. 24], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and that judgment as recommended is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, [Doc. No. 1], is DENIED and DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 15th day of April, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE